UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-18676 |
| Clifford E Keller and Mary A Szerzen-Keller | ) ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING SHORT SALE & SHORTENED NOTICE

THIS MATTER coming to be heard on the Motion to Authorize Short Sale & Shorten notice, the Court having jurisdiction, with dues notice having been given to all parties in interest:

IT IS HEREBY ORDERED THAT:

The motion is granted as follows:

1. The Debtor is authorized to sell the property located at 697 Weymouth Circle Hanover Park, IL 60133 pursuant to a short sale agreement but only if:

   a.   Ocwen Loan Servicing, LLC agrees to the sale, and

   b.   Olde Salem Homeowners Association is paid all amounts owed as of the time of closing at the closing.

2. The debtors, Clifford E Keller and Mary A Szerzen-Keller, may receive approximately $3000.00 in "relocation funds" from the proceeds of sale.

3.   The shortened notice period is approved.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 18, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main Street
Skokie IL 60076
(847) 673-8600